


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 30 2020 ★
BROOKLYN OFFICE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Saul Sabino

Plaintiff,

[Insert full name of plaintiff/prisoner]

CV 20-5861

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

(MAUSKOPF, CH.J.

JURY DEMAND

YES ✓ NO ______

BLOOM, M.J.

-against-

Chairperson of Divi of NYS Parole
City of New York
Joe/Jane Doe, Author & signature of – Parole Warrant issued May|2019

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

RECEIVED
NOV 30
PRO SE OFFICE

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Saul Sabino

If you are incarcerated, provide the name of the facility and address:

GRVC, 09-09 Hazen street, East Elmhurst, NY 11370

Prisoner ID Number: B|C# 349-200-2006

If you are not incarcerated, provide your current address.

Telephone Number: 917-327-8804

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Chairperson of Divi of NYS Parole
Full Name

NYS Parole Chairperson
Job Title

Albany, NY
Address

Defendant No. 2

City of New York
Full Name

Mayor of NYC Bill DeBlasio
Job Title

New York, NY
Address

Defendant No. 3

Joe/Jane Doe, Author & Signature of parole warrant issue may 2019
Full Name

Job Title

Address

Defendant No. 4

Full Name

Job Title

Address

Defendant No. 5

Full Name

Job Title

Address

**II. Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? NYC DOC - AMKC (C-95)

When did the events happen? (include approximate time and date) May/2019 -To- August 15, 2019

On May 1 2019 while discharge from the hospital NYPD officers arrested me, I asked why was I being arrested? they said I must have an active "Parole Warrant." I then

Facts: (what happened?) Said to both officers that this "information was wrong," to please check my name in the NYS DOCCS lookup website under DIN# 08-A-1148 and they would see my "maximum experation date" past since it was on November 21, 2018, they told me tell it to the Judge I was taken right to NYCDOC (Rykers Island) building AMKC then (4) four days later finally placed in a housing unit Quad upper 1, there I spent days calling parole esp. my old parole officer, she answer and acknowledge that I was in jail on a Parole warrant, she said how? & why? I spent 72 days "without seeing a Administrative Law Judge" as my Due Process requires, I have a right to. yet nothing Happend. I wrote EVERYONE from Govenor Cuomo, to Mayor DeBlasio, to Chairwoman of NYS Parole demanding I was release ASAP and to please let me see the "ficticious warrant by Parole" that was holding me. Till one day I was told Pack up! your going home just like that, one of my many witnesses, Yonatan Marin witness this cruel, inhumane game that occured to me I will NEVER forget those 72 days of Hell for the rest of my life the pain I endure mentally, and by my family calling me a statistic, that I have become part of recidivism, yet I done no harm that ate me up inside then release without ever seeing a judge on August 15, 2019 when I ask the lady doing my release papers, what happend? she said "get a Lawyer" Now I am humbly asking in front of your chambers, praying that damages that were done be correted, and those who did it be held responsible please. Thank you.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

restless sleeps, insomia; mental anguish, mental pain Biopolar disorders, Schizo effective. I have no words to describe the internal injuries I feel within from doing those 72 days as an innocent man, the pain is unimagiable

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

$145,000.00 For the 72 days of Hell suffered at the hands of NYC DOC

I declare under penalty of perjury that on 11-11-2020 (date), I delivered this complaint to prison authorities at GRVC (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11-11-2020

[signature]
Signature of Plaintiff B/c# 349-200-2006

GRVC
Name of Prison Facility or Address if not incarcerated

09-09 Hazen Street
East Elmhurst, NY 11370
Address

B/c# 349-200-2006
Prisoner ID#

Sabino, Saul
B/c# 349-200-2006
GRVC
09-09 Hazen Street
East Elmhurst, NY 11370







USMS

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
ATTN: Pro Se Office

Urgent Legal
Mail