UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAUL SABINO,

                     Plaintiffs,

    - against -

JAMES OGLE,

                     Defendants.
------------------------------------------------------------X

20-CV-05861 (EK)(JRC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned attorney, duly admitted to practice in this Court, hereby appears as attorney for the Defendants in the above-captioned action. Please include the undersigned when serving all papers and in all further correspondence and/or electronic notices.

Dated: New York, New York
         October 12, 2021

                                                      LETITIA JAMES
                                                      Attorney General of the
                                                      State of New York

                                                      By: */s/ David T. Cheng*
                                                      David T. Cheng
                                                      Assistant Attorney General
                                                      28 Liberty Street
                                                      New York, NY 10005
                                                      (212) 416-6139
                                                      David.Cheng@ag.ny.gov