Case 1:20-cv-05861-EK-JRC   Document 14   Filed 10/26/21   Page 1 of 1 PageID #: 38

**AFFIRMATION OF SERVICE**

DAVID T. CHENG, an attorney admitted to practice in the courts of the State of New York, affirms as follows:

I am an attorney licensed to practice in the State of New York and an Assistant Attorney General in the office of Letitia James, Attorney General of the State of New York. I am over 18 years of age and not a party to this action. On October 15, 2021, I caused to be served copies of the following papers:

1. A copy of the Court's order extending time to respond to the complaint, dated October 13, 2021.

on the following parties or counsel for parties at the following addresses:

Saul Sabino
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370
*Plaintiff pro se*

by depositing copies of the papers enclosed in properly addressed wrappers with proper postage affixed into the custody of the U.S Mail.

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2021
New York, New York

                                            */s/ David T. Cheng*
                                            David T. Cheng
                                            Assistant Attorney General

1