Hon. Erik R. Komitee, District Judge
Hon. James R. Cho, Magistrate Judge
United States District Court, Eastern District N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

October 18, 2021

Re: Sabino, S. v. James Ogle, Senior Parole Officer of NYSDOCS (20-CV-5861 (EK)(JRC)

Dear Honorable Judge:

This letter is to humbly "OBJECT" to the NYS Attorney General Office request for "an extention of Time", since Defedant's Attorney had more than enough time. Defendant was served the summons and Complaint via Notice of Electronic Filing (ECF) by the U.S. Marshals Service back in August 6, 2021 Assistant Attorney General Julinda Dawkins confirmed this in her letter dated August 6, 2021 and provided Defendant's name and Address and stated all mail should be sent to her or NYSDOCS. Also New York State Attorney General Office has been more than aware since they were served on June 22, 2021 "Memorandum and Order" and failed to respond as well. Now is Defendants stating that U.S. Marshals Service is "lying" and did Not do their job. I don't think so. Defendants is just trying to buy themselves time to come up with more lies on how they kept Plaintiff, Sabino on NYC DOC for 72 days on 2019 without seen an Administrative Law Judge while he was Already OFF NYS DOCS Parole on Nov 2, 2018 Yet Defendant still incarcerated me. Theres no way around that, You can not hide the truth No more and the Suffering I suffer. The deadline of October 8, 2021 should NOT be extended please. I Sabino Do NOT consent to it I fully Object, also Defendant did not consider my consent because of "difficulty in prompt communication w/ Pro Se Incarcerated individuals" that's what Defendant stated, and "that's a huge LIE". U.S. Postal Service still delivers the mail to NYC DOC, so there's no difficulty in Communicating with Plaintiff, Sabino. I OBJECT I humbly request Denial of Defendant's frivolous request for extention of time. Thank you have a blessed day

10-18-2021      PRO SE, SABINO, SAUL @ AMKC-NYCDOC

Raul Sabino B/c# 349-210-1344
ANKC - NYC-DOC
18 Hazen Street
East Elmhurst, New York 11370

Urgent Legal Mail



Honorable District Judge Erik R. Komittee
Honorable Magistrate Judge James R. Cho
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

NEW YORK NY 100
23 OCT 2021 PM 6 L

11201-183299