CIVIL CAUSE FOR Telephone Pre-Motion Conference

BEFORE JUDGE: Eric R. Komitee, U.S.D.J.
DATE: 2/9/22
TIME IN COURT: 45 MINS

DOCKET NUMBER: CV 20-5861
TITLE: Sabino v. Chairperson of Division of NYS Parole, et al

COURT REPORTER: Electronically recorded

APPEARANCES:

    Plaintiffs:    Saul Sabino (appearing *pro se*)
    Defendant:    David Cheng

SUMMARY: As discussed, no later than February 16, Defendant shall (1) file the notice provided by the State to the City regarding the vacatur of Mr. Sabino's parole warrant; (2) advise the Court how such notice was transmitted to the City; and (3) use its best efforts to determine and inform the Court whether there was any other basis for detaining Mr. Sabino after the warrant was vacated. Plaintiff's motion to amend his complaint is granted. Mr. Sabino shall submit the amended complaint within six weeks of receiving the Defendant's submission. The Defendant shall answer or move to dismiss the amended complaint within thirty days of receiving it. Counsel for the Defendant shall serve a copy of this minute entry and all filings in this case by hand delivery to Plaintiff until further order of the Court.