U.S.D.C., E.D.N.Y - Pro Se Dept
Re: Sabino v. Ogle et al, Civil Docket # 20-cv-05861-EK
Humble Request for Extention of Time to Amend The Complaint
225 Cadman Plaza East
Brooklyn, New York 11201                   Thur. March 31, 2022

RECEIVED APR 11 2022 PRO SE OFFICE
FILED IN CLERK'S OFFICE U.S. DISTRICT COURT-E.D.N.Y. ★ APR 11 2022 ★ BROOKLYN OFFICE

Saul Sabino, Plaintiff Bk# 349-210-1394
AMKC NYC DOC, 18-18 Hazen Street, East Elmhurst, NY 11370

Dear Honorable Judge Eric Komitee:

First and Foremost thank you for your time, hope this letter-motion finds you in great spirit so.

The reason for this letter-motion is due to numerous factor(s) "stoping me" from completing, and Amending the Complaint as Order by Your Honor. The issue(s) stoping me and making me need an Extention of Time To Amend the Complaint are:

1) The facility AMKC NYC DOC Law Library is "NOT" affording me "extra hours and days of Law-library Services in-person", only being given (2) two hours a day once a week, if lucky twice of Law library in person services. As Remedy I humbly request Your Honor, Order the Warden of NYC DOC Facility AMKC Law Libriary extra Hours and days from Tuesday 9A.M. To 7P.M. To Saturday as a "Order of the Court".

Please grant me an "Extention of Time To Amend Complaint" and the above "Law Library Extra Hours/Days-Court Order." Thank You So much for Your time and consideration. Also Today I was assaulted By another inmate with "Hot Boiling Water" and endure Second Degree Burns to my left upper arm/shoulder. Please keep me in Prayer. Thank you.          Respectfully Submitted, Saul Sabino
P.S. Having Mail issues.                    X _____
                                                3/31/2022

Saul Sabino AMKC NYC DOC
349-210-13447
18-18 Hazen Street
East Elmhurst, NY 11370



NEW YORK NY 100
8 APR 2022 PM 11 L

U.S.D.C., E.D.N.Y. - Pro Se Dept
Re: Civil Docket No. 20-CV-05861-EK
Extention of Time Request To Amend Complaint
225 Cadman Plaza East
Brooklyn, New York 11201

Urgent Legal Mail