CIVIL CAUSE FOR Telephone Conference

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: May 26, 2022
TIME IN COURT: 23 Mins


DOCKET NUMBER: CV 20-05861
TITLE: Sabino v. Chairperson of Division of NYS Parole et al.

COURT REPORTER: Electronically recorded
FTR LOG:

APPEARANCES:

    Plaintiff(s): Saul Sabino-Pro Se
    Defendant(s): David Cheng, Andrew Blancato, Mostafa Khairy


SUMMARY: Case called. Discussion held. Karen Powell, Director of Law Library for the Department of Correction and Benjamin Lee, legal counsel for the Department of Corrections, were present on the call. The Court granted Plaintiff's request for additional time to submit his Amended Complaint. The Amended Complaint is due on July 6, 2022. Defendant's Answer is due on August 5, 2022.