Case 1:20-cv-05861-EK-JRC   Document 31   Filed 07/05/22   Page 1 of 7 PageID #: 75

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 05 2022
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————X
SAUL SABINO,

    Plaintiff-Pro Se,

-against-

City of New York, et al.,

    Defendants.
————————————————X

NOTICE OF MOTION TO AMEND COMPLAINT TO ADD DEFENDANT PURSUANT TO U.S. FEDERAL RULES OF CIVIL PROCEDURE RULE 15(a)(2)

Case No. 20-cv-05861

To: Honorable Eric R. Komitee, United States District Judge

## STATEMENT OF FACTS

On or about June 04th, 2019, Plaintiff Sabino was been discharged from a [NYC Health & Hospital Corp.] Brooklyn New York Hospital, when the hospital was about to discharged Plaintiff, NYC NYPD Police officers said to Plaintiff Sabino, He was under arrest while still in the hospital bed, when asked why? Plaintiff was inform by the NYC NYPD Police Officers that he had an "active pending Parole Warrant".

Plaintiff politely said to the NYC-NYPD Police Officers that their Parole Warrant information was "invalid, an error, and totally WRONG". Since Plaintiff Sabino's "MAXIMUM EXPERATION DATE" was on "November 21th, 2018" the prior year, Plaintiff Sabino then "GAVE" NYC NYPD Police Officers his "New York State Department of Corr. & Community Supervision" INMATE IDENTIFICATION NUMBER #08-A-1148 and Plaintiff said to the NYC-NYPD Police Officers to please "CHECK" his inmate DIN Number in the NYS DOCCS website for "INMATE LOOKUP" the NYC NYPD POLICE OFFICERS "Decline and Refused" to simply check the online NYS INMATE LOOKUP to verify Plaintiff's Sabino's testimony and story.

Instead the NYC NYPD Police Officers took Plaintiff Sabino to NYC Department of Correction AMKC Facility at Rykers Island on June 04th, 2019, right from the hospital. Plaintiff Sabino was assigned an "INMATE Book & Case Number# 141-190-3106" By AMKC NYC Dept. Of Correction and placed in the "Maximum Classification Housing Unit Cell Only Quad 6 Upper" called the "The DARK SIDE" were the Plaintiff Sabino "spent [illegally] 72 days unlawfully incarcerated in NYC Jail WITHOUT ANY TYPE OR FORM OF HEARING(S), NOR DID PLAINTIFF SEE, NOR SAW A JUDGE, NOR PRODUCE, AND NO LETTERS RECEIVED AS-TO WHY HE WAS HELD AND DEPRIVED OF LIFE, AND LIBERTY "WITHOUT" any DUE PROCESS OF LAW", untill finally released without any type of reasons on AUGUST 14th, 2019, See Attached, Exhibit A, "History of [Plaintiff's] Incarceration In the Custody of New York City Dept.-of Correction, page 2 of 2, under Book & Case #141-190-3106 from-June04, 2019 to August14, 2019 AMKC Total of 72days". U.S. Constitutional 14th Amendment & NYS Constitutional Article 1 Sec.6 "Without" the RIGHT to "Due Process of Law" and negligences by NYC. Plaintiff humbly request this Court grants him "relief" for this-GRAVE wrong done to him, by the City of New York the Defendants.

Sabino v. City of New York, et al., Case No. 20-cv-05861
Declaration In Support of Motion To Amend Complaint To Add Defend-
ant Pursuant To Fed R. Civ. Proc. Rule 15(a)(2)  (EK)

## DECLARATION OF SAUL SABINO

My name is Saul Sabino Plaintiff Pro Se, and I reside at 18-18 Hazen Street, East Elmhurst, NY 11370. I declare under penalty of perjury that all of the following is true and correct of my personal knowledge, and that if called as a witness in this matter, I could and would competently testify to each of the facts set forth herein and below:

1. I am the Plaintiff Pro Se in this matter. I am therefore, fully familiar with the facts and circumstances of this action.

2. This declaration is submitted in support of notice of Motion To Amend Complaint and To Add Defendant, to which this declaration is attached.

3. The original Complaint in this matter demanded judgment against Defendant for the amount of $145,000. in damages or humbly whatever this Court deems fit, fair, and just.

4. The existence of Defendant's officially adopted policy from New York Correction Law Section 500-c was part of the sole cause, injury, and deprivation to Plaintiff's U.S. Constitutional right to due process of law and other civil rights violated too. Since Defendant negligently failed to have adequate supervision of Plaintiffs wrongful-illegally detainment, and failed to release Plaintiff in a timely fashion upon knowledge of plaintiff's wrongful-illegal incarceration. The Statute does "NOT absolve" Defendant (City of New York) from liability for their negligence and wrongful acts.

5. Defendant was negligent and misfeasance in the performance of their duties. On the basis that Defendant knew of Plaintiff's wrongful-illegal incarceration within hours and days from the first day of June 04th, 2019 illegal Commitment to custody. Since the Plaintiff informed Defendant's NYC Dept. Of Correction AMKC and NYS Dept Of Corr & Community Supervision via " NYC Jail RECORDED INMATE PHONE SERVICES" (Which can be Subpoena Per Rule 45) and via U.S.P.S. mail, Yet To No avail from Defendant both City of New York and NYS Dept. Of Corr & Community Supervision.

6. The Court can "see attached" on EXHIBIT A, "History of the Plaintiff's Incarceration in the Custody of New York City Dept. Of Corr. that" Plaintiff had NO Criminal Charges Detaining him during the 72 DAYS HELD FROM JUNE 04th, 2019 to August, 14, 2019" and to further Proof and VERIFY this CLAIM. Plaintiff humbly request the COURT "ORDERS" Defendant (City Of New York) to produced 1. Jail Time records and Certificates Pursuant to NY Correction Law Sec.600-a; and 2. Records of Commitments and Discharges pursuant to New York Correction Law Sec.500-f which are kept "PERMANENTLY" by law.

2 of 3.

Sabino v. City of New York, et al., Case No. 20-cv-05861
Declaration in Support Of Motion To Amend Complaint To Add
Defendant Per Fed R. Civ. Proc. Rule 15(a)(2)

7. This Motion to Amend will not cause undue delay a since discovery has not commenced in this matter. The changes in the Complaintr could NOT possibly prejudice the Defendant in its ability to defend on the merits because the claim s of amended Complain: arise out of the samr transactions and facts and circumtamnces as set s forth in the original complaint.

Saul Sabino Plaintiff
Prp Se 349-2101344
18-18 Hazen Street
E. Elmhust, NY 11370

Dated June 28, 2022

CC: City Of New York Counsel-
Hon. Mostafa Khairy, Esq.
Corp. Counsel of City of New York
100 Church St. Rm 3-208
New York, NY 10007

Page 3 of 3.

Thank you may Hashem Bless you All.

# EXHIBIT A



NEW YORK CITY DEPARTMENT OF CORRECTION
Cynthia Brann, Commissioner

Laura S. Mello
Senior Counsel | FOIL Officer
75-20 Astoria Boulevard
East Elmhurst, New York 11370

718-546-3952
Fax 718-278-5001

Apr 8, 2021

Saul Sabino B&C# 3492002006
GRVC
09- 09 Hazen Street
East Elhurst, NY 11378

Dear Mr. Sabino,

This letter is to acknowledge and respond to the inquiry you sent to the New York City Department of Correction.

Please see attached history of your incarceration in the custody of New York City Department of Correction.
Your latest/ current incarceration started Aug 11, 2020.

Very truly yours,

Jail Time Coordinator
Legal Division

```
                        New History NYSID Number Search (QNH#)
                        ══════════════════════════════════════
                             Discharged After April 25, 1990

                        Din = Days Incarcerated Total Per Record
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
                                                                           Last
Bran    Nysid #    Book&case#  Last Name  First Name  Admit Date  -Din  Disc Date  lou
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
        01052307M  1410517369  SABINO     SAUL                   No Public Record
        01052307M  1410616680  SABINO     SAUL        20-SEP-06   253  30-MAY-07  GRV
        01052307M  1410522070  SABINO     SAUL        24-DEC-05    46  07-FEB-06  GMD
        01052307M  1411507840  SABINO     SAUL        11-AUG-15    74  23-OCT-15  GRV
        01052307M  1411803859  SABINO     SAUL        23-JUN-18    33  25-JUL-18  AMK
      * 01052307M  1411903106  SABINO     SAUL        04-JUN-19    72  14-AUG-19  AMK
        01052307M  4411904484  SABINO     SAUL        22-AUG-19   100  29-NOV-19  CIF
        01052307M  8950701690  SABINO     SAUL        23-OCT-07   133  03-MAR-08  AMK
```

Ruechane, Grey
241.17.03944

U.S.D.C., E.D.N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201

11201-183299

