UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SAUL SABINO,

                    Plaintiff,

  -against-

JAMES OGLE, et al.,

                    Defendants.
-------------------------------------------------------X

20-CV-5861 (EK) (JRC)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that defendant JAMES OGLE ("Defendant"), by their attorney, LETITIA JAMES, Attorney General of the State of New York, upon the annexed Memorandum of Law, will move this Court before the Honorable Eric R. Komitee, United States District Court Judge for the Southern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b) (1) and (6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint on the grounds that: (i) Plaintiff does not sufficiently allege the personal involvement of Defendant James Ogle; (ii) The Eleventh Amendment bars official capacity damages claims; (iii) Plaintiff's allegations fail to state a claim; and (iv) Defendant Ogle is entitled to qualified immunity.

Dated: New York, New York
August 10, 2022

Respectfully submitted,

LETITIA JAMES
Attorney General of the
State of New York
<u>Attorneys for Defendant</u>
By:

__/s/ Andrew Blancato_____
Andrew Blancato
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416- 8659
Andrew.Blancato@ag.ny.gov

TO:

Saul Sabino
# 3492101344
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370
347-496-9524
PRO SE

Mostafa Khairy
New York City Law Department
Special Federal Litigation Division
100 Church Street, Room 3-215
New York, NY 10007
212-356-2105
mkhairy@law.nyc.gov