```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SAUL SABINO,                                                  :
                                                              :
                              Plaintiff,                      :     20-CV-5861 (EK) (JRC)
                                                              :
         - against -                                          :
                                                              :     **DECLARATION OF ANDREW**
JAMES OGLE, et al.,                                           :     **BLANCATO**
                                                              :
                              Defendants.                     :
------------------------------------------------------------- :
                                                              X
```

ANDREW BLANCATO, an attorney duly licensed to practice law before this Court, declares the following to be true to the best of my knowledge under penalty of perjury:

1. I am an Assistant Attorney General in the office of LETITIA JAMES, Attorney General of the State of New York, counsel for defendant in this matter.

2. I am fully familiar with the pleadings in this matter and submit this Declaration in support of defendant James Ogle's ("Defendant") motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure. True and accurate copies of the following documents are annexed:

   A. Parole Warrant for Saul Sabino dated August 23, 2018;

   B. New York State Parole Status Inquiry for Saul Sabino;

   C. Board of Parole Preliminary Violation Hearing Decision dated June 19, 2019;

   D. New York State Parole Revocation Hearing Notification dated June 19, 2019 (redacted).

WHEREFORE, for the reasons stated in the accompanying memorandum of law, Defendant respectfully submits that this Court should grant the underlying motion dismissing the Amended Complaint.

Dated: New York, New York
August 10, 2022

Respectfully submitted,

LETITIA JAMES
Attorney General of the
State of New York
<u>Attorney for Defendant</u>
By:

  /s/ Andrew Blancato
ANDREW BLANCATO
Assistant Attorneys General
28 Liberty Street
New York, New York 10005
(212) 416-6359

TO: Saul Sabino
# 3492101344
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370
347-496-9524
PRO SE

Mostafa Khairy
New York City Law Department
Special Federal Litigation Division
100 Church Street, Room 3-215
New York, NY 10007
212-356-2105
mkhairy@law.nyc.gov