FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 07 2022 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAUL SABINO,
              Plaintiff,

-against-

James Ogle, et al.,
              Defendants.

Notice Of Motion In Opposition To Defendant's Motion To Dismiss Pursuant to Rule 12(b)(1) & (6) o= Fed. R. Civ. Proc..

20-CV-5861 (EK)(JR)

To Honorable Eric R. Komitee, United States District Court Judge

I Saul Sabino. affirm under Penalty of Perjury that:

1. I, Saul Sabino am the Plaintiff in the above entitle action and respectfully submit this Affirmation in-Opposition To Defendant's Motion To Dismiss pursuant to Rule 12(b)-(1) and (6) dated August 10th, 2022 and <u>received</u> by Plaintiff on August 18th, 2022.

2. Plaintiff kindly "OBJECTS" to Defendant James Ogle's "ENTIRE" Motion To Dismiss since it's <u>redundant</u> and <u>made in bad faith</u> by Defendant James Ogle's who has made the "Same claim(s) for Motion To Dismiss" on November 18, 2021 (see Court Docket Entry 16) and Defendant James Ogle's claim(s) To Dismiss were well opposed by The Plaintiff on November 24, 2021 (see Court Docket Entry 17).

3. This Court on February 09th, 2022 held a "Telephone-Pre-Motion Conference" (see D.E.18) were Defendant James Ogle's Prior Attorney <u>on the record</u> Mr. David T. Cheng — [Assistant Atty. Gen.] had "<u>Conceded</u>" to most of Plaintiff's U.S. Constitutional violations and place "blame & liability" on Defendant City of New York, who has "fail to submit a responsive pleading or defend". Defendant James Ogle's New Attorney [Mr. Andrew Blancato] was properly <u>not informed</u>.

4. Defendant James Ogle's Motion To Dismiss-Declaration of Andrew Blancato Exhibits were made in <u>bad faith</u> to deceit the Court, for example of this, see Declaration of Andrew Blancato Exhibit D which is "exempt from any redaction requirement" since the record was "not" subject to redaction when originally filed [with Prior Atty. Mr. David T. Cheng] in—

Page 1 of 2.

Notice of Motion In Opposition To Defendant's Motion To Dismiss Pursuant To Rule 12(b)(1)&(6) of Fed.R.Civ.Proc.. 20-CV-5861 (EK)(JRC)

Violation of Rule 5.2(b) of Fed.R.Civ.Proc. for records exemptions from redaction requirement. Defendant James Ogle's "Declaration of Andrew Blancato Exhibit D-New York State Parole Revocation Hearing Notification dated June 19, 2019" (redacted) "only part redacted is the "identification number" provided by City of New York Department of Correction called a Book and Case [or B&C No] number that is directly link to the Person's detention.

In this situation, the reason why Defendant James Ogle "in bad faith" redacted this grave part of evidence called Book and Case (B&C) number #: 141-190-3106 is the Book and Case number "credited 72 days of [illegal-uncostitutional] detention" by Defendant City of New York FOIL release to Plaintiff and "file" with Plaintiff's Amended Complaint dated June 28, 2022 Exhibit A page 2 of 2, this creates a "direct participation" by Defendant James Ogle which he redacted in bad faith to deceit this Court. See attached "unredacted" NYS Parole Revocation Hearing Notification dated 6/19/2019 Orinally filed by prior Attorney Mr. David T. Cheng. Exhibit. Defendant James Ogle should be held in Contempt.

5. Plaintiff moves this Court to exercise its discretion and hold a "Telephonic Preliminary Hearing" on Defendant James Ogle's defense regarding his Rule 12(b)(1)(6) which Plaintiff Entirely Objects to Each and every claim(s). therefore may this Court Order pursuant to Rule 12(i) of Federal Rules of Civil Procedue the above said "Telephonic Preliminary Hearing" or other and further relief as may be just and proper.

I declare under Penalty of Perjury the foregoing is true and correct.

Dated: August 27, 2022
E. Elmhurst, N.Y.

Request for
P.s. Extention of Time, if No Rule 12(i) Hearing, To Finish Motion In Opposition.

Saul Sabino, Plaintiff
18-18 Hazen Street
E. Elmhurst NY 11370

page 2 of 2.

Pedro Porto pl
1C 349220135R
18-19 Hazen Street
East NY 11370

Attn: Ms. Alicia Guy, Case mgmt
U.S.D.C., E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

11201-1882299