RECEIVED IN PRO SE OFFICE
SEP 14 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAUL SABINO,
　　　　　　　　Plaintiff,

　　－against－

JAMES OGLE, et al.,
　　　　　　　　Defendants.

Notice Of Motion
In Opposition To
Defendant's Motion
To Dismiss Pursuant To
Rule 12.(b)(1) & (6) of
Fed. R. Civ. Proc..
20-CV-5861 (EK)(JRC)

To Honorable Eric R. Komitee, United States District Court Judge

I Saul Sabino affirm under Penalty of Perjury that:

1. I. Saul Sabino am the Plaintiff in the above entitled action and respectfully submit this Affirmation in Opposition To Defendant's Motion To Dismiss Pursuant to Rule 12(b)-(1) and (6), dated August 10th, 2022 and received by Plaintiff on August 18th, 2022.

2. Plaintiff kindly "OBJECTS" to Defendant James Ogle's "ENTIRE" Motion To Dismiss since it's redundant and made in bad faith by Defendant James Ogle's who has made the "same" claim(s) for Motion To Dismiss" on November 18, 2021 (see Court Docket Entry 16) and Defendant James Ogle's claim(s) To Dismiss were well opposed by The Plaintiff on November 24, 2021 (see Court Docket Entry 17).

3. This Court on February 09th, 2022 held a "Telephone-Pre-Motion Conference" (see D.E.18) were Defendant James-Ogle's Prior Attorney on the record Mr. David T. Cheng [Assistant Atty. Gen.] had "Conceded" to most of Plaintiff's U.S. Constitutional Violations and place "blame & liability" on Defendant City of New York who has "fail to submit a responsive pleading or defend." Defendant James Ogle NEW Attorney [Mr. Andrew Blancato] was properly not informed.

4. Defendant James Ogle's Motion To Dismiss - Declaration of Andrew Blancato Exhibits were made in bad faith to deceit the Court; For Example of this, see Declaration of Andrew Blancato Exhibit D which is "exempt from any redaction requirement" since the record was "not" subject to redaction when originally filed [with Prior Atty. Mr. David T. Cheng],

Page 1 of 2.

Notice of Motion In Opposition To Defendant's Motion To Dismiss Pursuant To Rule 12(b)(1) & (6) of Fed.R.Civ.Proc., 20-CV-5861(EK)(JRC)

Violation of Rule 5.2(b) of Fed.R.Civ.Proc. for records exemptions from redaction requirement. Defendant James Ogle's "Declaration of Andrew Blancato - Exhibit D - New York State Parole Revocation Hearing Notification dated June 19, 2019" (redacted) only part redacted is the "identification number" provided by City of New York Department of Correction called a Book and Case [or B&C No.] number that is directly-link to the Person's detention.

In this situation, the reason why Defendant James Ogle "in bad faith" redacted this grave part of evidence called Book and Case (B&C) number # 141-190-3106 is the Book and Case number "credited 72-days of [illegal-unconstitutional] detention" by Defendant - City of New York F.O.I.L. release to Plaintiff and "file" with Plaintiff's Amended Complaint dated June 28, 2022 Exhibit A page 2 of 2, this creates a "direct participation" by Defendant James Ogle which he redacted in bad-faith to deceit this Court. See attached "unredacted" NY's Parole Revocation Hearing Notification dated 6/19/2019 - Originally filed by his Attorney mr David T. Cheng. Exhibit. Defendant James Ogle should be held in contempt.

5. Plaintiff moves this Court to exercise its discretion and hold a "Telephonic Preliminary Hearing" on Defendant - "James Ogle's defense regarding his Rule 12(b)(1)(6) which - Plaintiff Entirely Objects to Each and Every claim(s)"; therefore may this Court Order pursuant to Rule 12(i) of - Federal Rules of Civil Procedure the above said "Telephonic Preliminary Hearing" or other and further relief as may - be just and Proper.

I declare under Penalty of Perjury the foregoing is true and correct.

Dated: August 27, 2022
E. Elmhurst, N.Y.

Saul Sabino, Plaintiff
13-13 Hazen Street
E. Elmhurst NY 11370

Ps Request for Extention of Time, if No - Rule12(i) Hearing, to Finish Motion In Opposition

Page 2 of 2

# EXHIBIT A-1

```
STATE OF NEW YORK - EXECUTIVE DEPARTMENT - DIVISION OF PAROLE    CN: 201906191281
                                                                 PAGE 5
TO:   NEW YORK CITY DEPARTMENT OF CORRECTIONS
FROM: PAROLE VIOLATION UNIT
RE:   RESULTS OF PAROLE REVOCATION HEARING
```

* * * * * * * * * * * * * * * * * * * * * * * *

HEARING DATE: 06/19/2019
HEARING LOCATION: RIKERS ISLAND

NAME: SABINO, SAUL
WARRANT: 0803096
NYSID: 01052307M
B & C: 141-19-03106
PO: HIBBERT, TAMEKA

OUTSIDE DATE: 06/19/19

* * * * * * * * * * * * * * * * * * * * * * * *

PLEASE TAKE NOTE THAT THE PRELIMINARY PAROLE REVOCATION HEARING LISTED ABOVE HAS RESULTED IN ONE OF THE FOLLOWING:

/___/ PROBABLE CAUSE FOUND

/_✓_/ PROBABLE CAUSE NOT FOUND; WARRANT LIFTED

/___/ CASE ADJOURNED TO _____

/___/ WAIVED HEARING ON RECORD

* * * * * * * * * * * * * * * * * * * * * * * *

NOTICE TO ATTORNEY OF ADJOURNMENT DATE:

/___/ HAND DELIVERED ON _____

/___/ MAILED ON _____

NOTICE TO PAROLEE OF ADJOURNMENT DATE:

/___/ HAND DELIVERED ON _____

/___/ MAILED ON _____

* * * * * * * * * * * * * * * * * * * * * * * *

SIGNATURE: [signature]    TITLE: PO #202
                          DATE: 6/19/19

* * *LAST PAGE* * *

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────
SAUL SABINO,

            Plaintiff,

– against –

City of New York,
et al.,
            Defendants.

Notice of Request To Enter Default For Defendant City of New York Pursuant To Fed. R. Civ. P. 55(a) & (b)(1)

20-CV-5861(EK)(JRC)

To The Clerk of The United States District Court For The Eastern District of New York

    Saul Sabino Plaintiff humbly requests that the Clerk of this Court enter the default of Defendant City of New York for failure to Plead or Otherwise defend in timely manner, as Provided by Rule 55(a) & (b)(1) of the Federal Rules of Civil Procedure.

    This request is based on the attached Affirmation of Saul Sabino, which shows:

1. Defendant City of New York was served with Plaintiff's "Amended Complaint" dated June 28, 2022 and Process of service was on July 05, 2022.

2. The Proof of Service Filed with this Court on July 05, 2022 establishes that Service was Proper pursuant to Rule 5 of the Federal Rules of Civil Procedure.

3. City of New York has failed to Plead or Otherwise respond to the Plaintiff's "Amended Complaint" dated June 28, 2022.

4. The applicable time limit for responding has expired as of August 10, 2022 Order by Judge Hon. Eric R. Komitee, & defendant was given notice of time limit via electronically-mail on June 28, 2022.

5. Defendant City of New York is not an infant or an incompetent Person.

6. Defendant City of New York is not in military service.

Page 1 of 2.

Notice of Request To Enter Defendant City of New-New York Fed. R. Civ. P 55(a) &(b)(1)  20-cv-5861 (EK)(JRC)

7. Plaintiff humbly request a "Default judgment be entered" by the Clerk since damages are "Sum Certain", in accordance with Fed. R. Civ. Proc. 55(b)(1). and Defendant's failure to file a timely responsive pleading and defend per Rule 55(a) - entitles Plaintiff to Default judgment be entered by the Clerk upon Plaintiff request. Thank you.

Dated: Saturday August 27, 2022.

Respectfully Submitted,

Saul Sabino, Plaintiff
15-18 Hazen Street
E. Elmhurst, NY 11370
(ID 349-210-1344)

Page 2 of 2.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------
SAUL SABINO,
          Plaintiff,
  -against-

City of New York,
et al.,
          Defendants.
--------------------------------

Affirmation In Support of Request To Enter Default For Defendant City of New-York Pursuant To Fed. R. Civ. P. 55(a) & (b)(1)
20-CV-5861 (EK)(JRC)

## Affirmation Of Saul Sabino

I, Saul Sabino, humbly affirm under penalty of perjury that:

1. I, Saul Sabino am the Plaintiff in the above entitled action, and respectfully move this Court to Enter Default for/on Defendant City of New York who **fail** to file a **timely responsive pleading and defend** Pursuant to Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure.

2. On July 05, 2022 Plaintiff's Amended Complaint dated June 28, 2022 was **received** by Defendant City of New York, therefore, **service was proper** Pursuant to Rule 5 of the Fed. R. Civ. Proc..

3. Defendant City of New York has failed to serve and file an answer or reply to Plaintiff's Amended Complaint or otherwise responded to the Amended Complaint and its claims.

4. Under Honorable Eric R. Komitee, the **time-limit** for responding to Plaintiff's Amended Complaint has **expired**, as of August 10th, 2022. time for Defendant City of New York has **not** been extended by any stipulation of the parties or any order of the Court.

Page 1 of 3.

Affirmation In Support of Request To Enter Default For Defendant City of New York Per Fed. R. Civ. Proc. 55(a) & (b)(1). 20-CV-5861(1:K)(JRC)

5. Defendant City of New York has fail, or is not a minor Nor incompetent Person within the Meaning of Rule 55(a) of Fed. R. Civ. Proc., because it is a legal entity or municipality or land Corporation organized and existing under the laws of the State of New York, with its Principal Place of business in the City of New York.

6. Defendant City of New York is <u>not</u> in the military service.

"7. Plaintiff, humbly prays and request a <u>Default judgment be entered</u>" by the Clerk, since "damages" are "<u>Sum Certain</u>" and in accordance with <u>Rule 55(b)(1)</u> of Fed. R. Civ. Proc., and Defendant City of New York "<u>Failure</u>" to file a timely responsive Pleading and defend per <u>Rule 55(a)</u> entitles Plaintiff to Default Judgment entered by the Clerk upon Plaintiff's humble request.

WHEREFORE, Plaintiff humbly & respectfully request that the Clerk or Court Enter this Default for Defendant City of New York for their failure and violation of Rule 55(a)(b)(1), or such other and further relief as may be Just and Proper.

Page 2 of 3.

Affirmation In Support of Request To Enter Default For Defendant City of New York Per Fed. R. Civ. Proc. 55(a) & (b)(1). 20-CV-5861(EK)(JRC)

I, Saul Sabino Plaintiff declare under Penalty of Perjury that the foregoing is true and correct.

Dated: Saturday August 27th 2022
East Elmhurst New York

NOTE:
Copies of this Motion was-
Drop IN AMKC mailbox to be-
Mail to via U.S.P.S. on same date-
as above to:

1. Defendant City of New York
(Mr. Mostafa Khairy Attorney @-
City of NY Law Dept. of Law

2. Defendant James Osle's Atty.
NYS Assistant Attorney General-
Mr. Andrew Blancato

3. Clerk of Court E.D.N.Y. (original)
4. File.

Respectfully
*[signature]*
Saul Sabino, Plaintiff
AMKC NYC DOC
ID# 349-210-1344
18-18 Hazen Street
East Elmhurst, NY 11370

Page 3 of 3.

Mr. Saul Sabino  B/C #349-210-1344
A.M.K.C. NYC Dept. of Correction
18-18 Hazen Street
East Elmhurst, NY   11370
Housing Unit QuadUpper 13-24Cell

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 14 2022 ★
BROOKLYN OFFICE

URGENT LEGAL MAIL



Attn.: Clerk of the Court
Honorable Eric R. Komitee, U.S. District Court Judge
United States District Court, EEastern District N.Y.
225 Cadman Plaza East
Brooklyn, New York      11201





U.S. POSTAGE PAID
FCM LETTER
EAST ELMHURST, NY
11369
SEP 09, 22
AMOUNT
$5.09
R2306Y152320


