RECEIVED IN PRO SE OFFICE

MAR 21 2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 21 2023 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Saul Sabino

Plaintiff,

Fill in above the full name of each plaintiff or petitioner.

-against-

James Ogle, City of New York, et al

Defendants,

Fill in above the full name of each defendant or respondent.

Case No. 20 CV 5861 (EK)(JRC)

Plaintiff's Reply To Hon. Komitee's Order To Show Cause Dated 3/3/23 As To Why Defendant Mr. Ogle should NOT-Be-Dismissed" As a "Matter of Defendant Mr. Ogle's Directly-Participations" That "Cause-and-Subjected" Plaintiff-Sabino-To- Loss of Liberty(ies)-U.S.-Constitutional Deprivations of His Rights; AND Ogle was Informed of said violations- Directly-Yet Ogle Exhibited "deliberate Indifferences" To Plaintiff's Rights- By failing To Act-ON-Information-that-Unconstitutional Acts-were Occurring To Mr. Sabino for 72 DAYS-Loss of Liberty-Which makes Ogle Liable As-(a Matter of Merit(s) & Law Rule 50(a) of Fed. R. Civ. P. or Rule 57 Declaratory-Judgments on merits)

## DECLARATION

"Plaintiff-Unintentionally Omitted Claims- against Mr. Ogle In-His-Amended Complaint-AND-Humbly Seeks-leave To Amend The Complaint-for-Limited-purpose of alleging-His-claim(s) against Defendant Mr. Ogle" Please YOUR HONOR-&-SORRY.

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Saul Sabino, declare under penalty of perjury that the following facts are true and correct: ON This Blessed monday March 13th, 2023.

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Your Honor Eric R. Komittee;

(1) The Reason why Defendant Mr. Ogle should "Not be-Dismissed is because Mr. Ogle Participated-directly in Plaintiff-Sabino's U.S. Constitutional Violations when Mr. Ogle signed-&-authorized (Non-Probable cause - Nor Jurisdictional) Warrant that "cause-and Subjected" Sabino to Deprivations of his Rights To Liberty-for 72 DAYS- from JUNE 04, 2019 - August 14, 2019- EVEN Partial Liability-Since ON JUNE 19 2019 NO Probable Cause & WARRANT was Lifted (Sabino was No Longer under Parole authority as of November 21, 2018 Maximum Expiration-YET Sabino was STILL NOT Released and He gave Mr. Ogle sufficient Notices- of Violations, NOT-Fixed still, See Mandala v. Coughling 92 F. Supp. 342, 351-(E.D.N.Y. 1996); Dowdy v. Hercules, 2010 WL 169624, *3, *6 (E.D.N.Y. Jan. 15, 2010); Richardson v. Goord, 347 F. 3d 431, 435 (2d Cir. 2003).

Rev. 6/30/16

(2) Defendant Mr. Ogle after being informed of Plaintiff loss of liberty & wrongfull unconstitutional-confinement through many avenue(s) of communications and directly with Plaintiff on NYC-DOC-Phone, "Failed-To-Properly remedy the wrong", Mr. Ogle continue to allowed his own created (by issuing warrant) unconstitutional-practice(s) to occurred and place me on long holds on the Phone, then call lost-redial, Mr. Ogle seem not interested in Plaintiff's liberty.

(3) Defendant Mr. Ogle exhibited "deliberate Indifferences" to Plaintiff Sabino's Rights by "grossly-and-negligtly-FAILING To-ACT" on Direct Information that unconstitutional acts were still occurring to Mr. Sabino who Did Not see anyone nor a Hearing, Nor Liberty and illegally incarcerated for 72 days from June 04, 2019 to Aug 14, 2019 under Book & case Number # 141-19-03106, this still your Honor, makes Mr. Ogle "Liable or Partially-Liable", and is been held that "Lack of any safeguards against errors in procedure for issuing warrants could constitute a Policy of deliberate indifference, see Berg v. County of Allegheny, 219 F.3d 261, 275 (3d Cir. 2000), see Colon v. Coughlin, 58 F.3d 865, 873 (2d Cir. 1995).

(4) YOUR HONOR, Plaintiff had confer with Defendant Mr. Ogle's attorney on fair sum of Damages for their "Partial Liability" and agreed to a Humble Just compensation of total sum of [$25,000.] Twenty-five thousand dollars as Award Letter, However Mr. Blancato had said in order to Resume this your Honor would have to Dismiss Mr. Ogle's pending Motion to Dismiss so that, Mr. Blancato is given-settlement Authority and "I can & will-accept" Mr. Ogle's $25,000. offer. So that the court can focus-only-on-the remaining Party with the "Biggest-Liability Actions" vs "City of New York". Therefore Plaintiff would Appreciated if the Court can Dismiss Mr. Ogle-Pending Motion To Dismiss-so That we can engage "ONLY" with Mr. Ogle in settlement of above small $25K amount as agreed in the past." See Peterson v. County of Nassau, 995 F. Supp. 305, 315-324 (E.D.N.Y. 1998). Thank you, Your Honor have a blessed day. I also submitted Change of Address. will be Released on August 07, 2023. Hashem Willing

March 13th, 2023
**Executed on (date)**

Signature

Sabino, Saul
**Name**
DIN# 23B0946
**Prison Identification # (if incarcerated)**

Elmira Corr. Fac. Loc. A-1-28
1879 Davis Street, P.O. Box 500, Elmira N.Y. 14902-0500
**Address** **City** **State** **Zip Code**

**Telephone Number (if available)** **E-mail Address (if available)**

\* Release Date August 07th, 2023 - In Reception all Day Lock-In-No Law-Library, Nor Copys, Nor Phone

Page 2

STATE OF NEW YORK - EXECUTIVE DEPARTMENT - DIVISION OF PAROLE      CN: 201906191281
                                                                   PAGE 5
TO:   NEW YORK CITY DEPARTMENT OF CORRECTIONS
FROM: PAROLE VIOLATION UNIT
RE:   RESULTS OF PAROLE REVOCATION HEARING

* * * * * * * * * * * * * * * * * * * * * * * * *

HEARING DATE: 06/19/2019
HEARING LOCATION: RIKERS ISLAND

NAME: SABINO, SAUL
WARRANT: 0803096
NYSID: 01052307M
B & C: 141-19-03106
PO: HIBBERT, TAMEKA                                  OUTSIDE DATE: 06/19/19
* * * * * * * * * * * * * * * * * * * * * * * * *

PLEASE TAKE NOTE THAT THE PRELIMINARY PAROLE REVOCATION HEARING LISTED ABOVE HAS RESULTED IN ONE OF THE FOLLOWING:

/___/ PROBABLE CAUSE FOUND

/✓/ PROBABLE CAUSE NOT FOUND; WARRANT LIFTED

/___/ CASE ADJOURNED TO _____

/___/ WAIVED HEARING ON RECORD

* * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE TO ATTORNEY OF ADJOURNMENT DATE:

/___/ HAND DELIVERED ON _____

/___/ MAILED ON _____

NOTICE TO PAROLEE OF ADJOURNMENT DATE:

/___/ HAND DELIVERED ON _____

/___/ MAILED ON _____

* * * * * * * * * * * * * * * * * * * * * * * * *

SIGNATURE: _____  TITLE: PO #702
                                    DATE: 6/19/19
* * *LAST PAGE* * *

New History NYSID Number Search (QNH#)
============================================

Discharged After April 25, 1990

Din = Days Incarcerated Total Per Record

| Bran | Nysid # | Book&case# | Last Name | First Name | Admit Date | Din | Disc Date | Last Hou |
|---|---|---|---|---|---|---|---|---|
|   | 01052307M | 1410517369 | SABINO | SAUL | No Public Record | | | |
|   | 01052307M | 1410616680 | SABINO | SAUL | 20-SEP-06 | 253 | 30-MAY-07 | GRV |
|   | 01052307M | 1410522070 | SABINO | SAUL | 24-DEC-05 | 46 | 07-FEB-06 | GMD |
|   | 01052307M | 1411507840 | SABINO | SAUL | 11-AUG-15 | 74 | 23-OCT-15 | GRV |
|   | 01052307M | 1411803859 | SABINO | SAUL | 23-JUN-18 | 33 | 25-JUL-18 | AMK |
| * | 01052307M | 1411903106 | SABINO | SAUL | 04-JUN-19 | 72 | 14-AUG-19 | AMK |
|   | 01052307M | 4411904484 | SABINO | SAUL | 22-AUG-19 | 100 | 29-NOV-19 | CIF |
|   | 01052307M | 8950701690 | SABINO | SAUL | 23-OCT-07 | 133 | 03-MAR-08 | AMK |



NEW YORK CITY DEPARTMENT OF CORRECTION
Cynthia Brann, Commissioner

Laura S. Mello
Senior Counsel | FOIL Officer
75-20 Astoria Boulevard
East Elmhurst, New York 11370

718-546-0952
Fax 718-278-6001

Apr 8, 2021

Saul Sabino B&C# 3492002006
GRVC
09- 09 Hazen Street
East Elhurst, NY 11378

Dear Mr. Sabino,

This letter is to acknowledge and respond to the inquiry you sent to the New York City Department of Correction.

Please see attached history of your incarceration in the custody of New York City Department of Correction.
Your latest/ current incarceration started Aug 11, 2020.

Very truly yours,

Jail Time Coordinator
Legal Division

Case 1:20-cv-05861-EK-JRC   Document 77   Filed 03/21/23   Page 6 of 7 PageID #: 448

Ms.
Elmira Correctional Facility
1879 Davis Street, P.O. Box 500
Elmira, N.Y. 14902-0500
Sabino, Saul DIN# 23B0946
Loc. A-1-28 cell

ELMIRA
CORRECTIONAL
FACILITY

Elmira

Correctional Facility

neopost
03/14/2023
US POSTAGE $000.60⁰

FIRST-CLASS MAIL

ZIP 14901
041L11251115

Legal Mail -&-
Official Business

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Pro se Unit

11201$1832 C030

NYS Elmira Correctional Facility Correspondence Program
Sabino, Saul DIN# 23BD946
Loc: A-1-28cell

Legal Mail - & - Official Business