RECEIVED IN PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Civ. No. 20-cv-5861(EK)(JRC)

Saul Sabino,
                    Plaintiff-Pro Se,

        - against -

James Ogle, AND-
City of New York,
                    Defendants, et al.,

BROOKLYN OFFICE   APR 28 2023

FILED   IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.   APR 28 2023

APR 28 2023

"Plaintiff moves for
Payment(s) Into Court By
Defendant(s)-IN-
Answers-To-Plaintiff's Claim(s)
Pursuant To Rule 67 of -
Fed. R. Civ. P.

Plaintiff-Demands-Trial-By-Jury to this-
captioned Matter.

To Honorable Eric R. Komitee, U.S. District Judge.
    I, Saul Sabino the Plaintiff-Pro Se, declare under Penalty of Perjury-
that the following facts are true and Correct:
    Plaintiff moves this Court to exercise its discretion under Rule 67 of-
the Federal Rules of Civil Procedure-and-Compels Defendants-to-act-
and-Deposit the-amount(s)-in-answer(s)-to-Plaintiff's claim(s)-which-
Defendants-admits-to-be-due, with-the-Proper-clerk-or-Officer-of-
this-Court-Defendants-Deposits-of-Funds-are-deliver-to-this-
Court-and-Held-during-the-Pendency-of-this-lawsuit, for-the-
Benefits and-assurance-of-the-Plaintiff-and-His-Claim(s), Pursuant-To-
Rule 67-of-Fed. R. Civ. P.
    Plaintiff Prays this is "granted" as a safeguards To His-
Claim(s) for general damages, special damages, Pecuniary damages, non-pecuniary-
damages, Punitive damages, exemplary damages as law may allow-past, cost-
& future-with-attorney's fees according-to-Proof(s)-against the Defendants,
Until Plaintiff Completes-Final-Amended-Complaint-Ordered on-3|28|2023-
By-Hon. Eric R. Komitee-which Plaintiff-Has-Humbly-Requested A-Extention of-
Time-Post-May-01, 2023-with Bounds v. Smith Obligations"-& Continue Denials-
of-Law Library-Services"-Highly-Needed-To-Complete-His-Final Amended-Complaint"
    This Too, Plaintiff Prays-This Court Addresses. Plaintiff-
Humbly-Thanks-this-Court-for-its-Time, And Plaintiff-Prays-For-such-
other-and-further-reliefs-as-this-Court-deems-just-and-Proper.

Executed APRIL 21, 2023

Humbly-Respectfully-Submitted,

cc: Opposing Parties; self.

"Plaintiff-Remains-OPEN-To-
Rule 68-Offer-of-Judgment(s)-By-All-
Defendants.

Mr. Saul Sabino, Plaintiff-Pro Se
DIN# 23B0946 Loc. A-1-28
NYS Elmira C.F. Reception
1879 Davis Street, P.O. Box 500
Elmira, New York 14902-0500



ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500, 1879 Davis Street
ELMIRA, NEW YORK 14902-0500

NAME: Mr. Sabino Saul

DIN: 23B0946

ELMIRA CORRECTIONAL

Elmira Correctional Facility

HON. Pro Se Unit E.D.N.Y. Clerk, at
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York  11201

" Legal Mail "-&-
" Official Business"

neopost
04/24/2023
US POSTAGE $00
041L11251115

forever usa

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Mr. Sabino, Saul    DIN: 23B0946

"Legal Mail" -x- Official Business.