To: District Judge Hon. Komittee

From: Mr. Saul Sabino - DIN#23B0946, Plaintiff
Unit-2C-24Bed
MIDSTATE Corr. Fac. 9005 Old River Road,
P.O. Box 2500, MARCY, N.Y. 13403-2500

MAY 23rd, 2023

RE: Sabino V. James Ogle, City of New York, et al., 20-cv-5861(EK)/(JRC) "Change of Address" - And - "Extention of Time for MAY 24th, 2023's Second Amended Complaint - Completion Date - BE Extended Please"

Due to "Dire Circumstances" affecting Plaintiff's safety and wellbeing while in NYS Prison in MARCY Corr. Fac. that lead to Plaintiff's current Change of Address and transferred to Midstate Corr. Fac., 9005 Old River Road, P.O. Box 2500, MARCY, N.Y. 13403-2500 (Unit-2-C-24Bed).

However, This has "not change Plaintiff's safety and wellbeing still currently compromised by being in Midstate C.F. around the same gangmembers/inmates that tried to assault him in MARCY Corr. Fac., across the street from Midstate Corr. Fac., for this reasons and others. e.g. "NYS-DOCCS's failures to protect Plaintiff Sabino By Midstate C.F.'s officers, staffs, sergents, and Lack of Law-Library services at this time", Plaintiff prays for a - "Extention of Time-for-MAY 24th, 2023's Second-Amended Complaint Till End July/2023 please. Be Extended, in order to deal with the chaos and safety concerns around Plaintiff at this time. Thank you.

Respectfully said,
Mr. Saul Sabino - DIN#23B0946
Plaintiff, Midstate Corr. Fac.
9005 Old River Road,
P.O. Box 2500 (Unit-2-C-24Bed)
MARCY, N.Y. 13403-2500

Dated: MAY 23rd, 2023.

Pages - 1 of 2.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
✯ JUN 01 2023 ✯

RECEIVED IN PRO SE OFFICE
JUN 01 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X

Saul Sabino,

Plaintiff,

-against-

James Ogle, City of New York, et al.,

Case No. 20-cv-5861(EK)(JRC)

Judge(s) Hon. Eric R. Komitee; and —
Hon. James R. Cho

Defendants.
-------------------------------------------------- X

PLEASE BE ADVISED THAT MY NEW ADDRESS IS: MIDSTATE CORR. FAC.

NUMBER AND STREET: 9005 Old River Road, P.O. Box 2500, Unit-2C-24Bed,-

CITY: MARCY                    STATE: New York

ZIP CODE: 13403-2500     TELEPHONE NO: (315) 768-8581

IF APPLICABLE:

PRISON: MIDSTATE CORR. FAC.     PRISONER ID# 23B0946

EFFECTIVE DATE OF CHANGE: MAY 23rd, 2023

DATED: MAY 23rd, 2023

Respectfully Submitted,

SIGNATURE Mr. Saul Sabino, Plaintiff Pro Se

PRINTED NAME
MIDSTATE Corr. Fac., 9005 Old River Road,
P.O. Box 2500, Unit 2-C-24Bed, MARCY, N.Y. 13403-2500
PRESENT ADDRESS

Pages -
2 of 2

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK  13403

NAME: Mr. Saul Sabino          DIN: 23B0946

"Legal MAIL - & Official Business"

Clerk of the Court for-
Pro Se Intake Unit
U.S. District Court - E.D.N.Y.
225 Cadman Plaza East
Brookly, N.Y.  11201

