UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SAUL SABINO,

                           20-CV-5861 (EK) (JRC)

               Plaintiff,

                           **NOTICE OF MOTION**

  -against-

JAMES OGLE, CITY OF NEW YORK,

               Defendants.
-------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendant JAMES OGLE, by his attorney, LETITIA JAMES, Attorney General of the State of New York, upon the annexed Memorandum of Law, will move this Court before the Honorable Eric Komitee, United States District Court Judge for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b) (1) and (6) of the Federal Rules of Civil Procedure dismissing the Complaint on the grounds that: (i) Defendant Ogle was privileged in issuing a parole warrant against Plaintiff; (ii) Plaintiff does not plead facts sufficient to demonstrate the deliberate indifference of Defendant Ogle in Plaintiff's prolonged detention; (iii) any claims against Defendant Ogle in his personal capacity are barred by qualified immunity; (iv) the Eleventh Amendment bars official capacity claims; and; (v) Plaintiff fails to state a claim for relief apart from an Eighth Amendment violation.

Pursuant to the Court's July 19, 2023 Order, opposition papers, if any, are due by September 5, 2023; and reply papers, if any, are due by September 12, 2023.

Dated: New York, New York
       August 4, 2023

                                                Respectfully submitted,

                                                LETITIA JAMES
                                                Attorney General of the
                                                State of New York
                                                <u>Attorneys for Defendants</u>
                                                By:

                                                  /s/ Andrew Blancato
                                                Andrew Blancato
                                                Assistant Attorney General
                                                28 Liberty Street
                                                New York, New York 10005
                                                (212) 416- 8659
                                                Andrew.Blancato@ag.ny.gov

TO:    SAUL SABINO
         DIN: 23B0946
         Franklin Correctional Facility
         2C-24 Bed
         62 Bare Hill Road
         P.O. Box 10
         Malone, NY 12953

         Jesse N. Zilinski
         New York City Law Department
         Special Federal Litigation
         100 Church Street
         New York, NY 10007
         212-356-2381
         Email: jzilinsk@law.nyc.gov