UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
\------------------------------------------------------------- X

SAUL SABINO,

                Plaintiff,                20-CV-5861 (EK) (JRC)

  - against -                     **DECLARATION OF ANDREW BLANCATO**

JAMES OGLE, CITY OF NEW YORK,

                Defendants.

\------------------------------------------------------------- X

ANDREW BLANCATO, an attorney duly licensed to practice law before this Court, declares the following to be true to the best of my knowledge under penalty of perjury:

1.     I am an Assistant Attorney General in the office of LETITIA JAMES, Attorney General of the State of New York, counsel for defendant in this matter.

2.     I am fully familiar with the pleadings and discovery in this matter and submit this Declaration in support of the defendant James Ogle's motion to dismiss pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. A true and accurate copy of the following document is annexed hereto:

A.     Parole Warrant for Saul Sabino dated August 23, 2018;

WHEREFORE, for the reasons stated in the accompanying memorandum of law, Defendant Ogle respectfully submits that this Court should grant the underlying motion dismissing the Operative Complaint.

Dated: New York, New York
August 4, 2023

Respectfully submitted,

LETITIA JAMES
Attorney General of the
State of New York
<u>Attorney for Defendant</u>
By:

 /s/ Andrew Blancato
ANDREW BLANCATO
Assistant Attorneys General
28 Liberty Street
New York, New York 10005
(212) 416-6359