**State of New York**
**Department of Corrections and Community Supervision**



Warrant # 803096

## WARRANT FOR RETAKING AND DETAINING A PAROLED OR CONDITIONALLY RELEASED PERSON OR A PERSON RELEASED TO POST-RELEASE SUPERVISION AND/OR STRICT AND INTENSIVE SUPERVISION AND TREATMENT

TO ANY PAROLE OFFICER, PEACE OFFICER OR ANY OFFICER authorized to serve criminal or civil process and to the superintendent or other person in charge of any jail, penitentiary, lockup or other place of detention in the State of New York, any other state, or other jurisdiction:

Having reasonable cause to believe that __Sabino, Saul__
Name

__01052307M__    __08A1148__    a person under the supervision of the
NYSID#         DIN#

New York State Department of Corrections and Community Supervision has violated his/her release agreement and/or conditions of strict and intensive supervision and treatment, or has lapsed or is probably about to lapse, into criminal ways or company, now, therefore, pursuant to the provisions of Article 12B of Executive Law and the Rules and Regulations of the Board of Parole, and/or Article 10 of the Mental Hygiene Law, I hereby order that said person be retaken and placed in detention to await the action of the New York State Department of Corrections and Community Supervision or a court of competent jurisdiction and for so doing, this shall be your sufficient warrant.

Department of Corrections and Community Supervision

Violation of Strict and Intensive Supervision and Treatment ☐
Per: __SPO J. Ogle__

Violation of Parole, Conditional Release or Post-Release Supervision ☑
Dated at: __August 23rd__ 20__18__

THIS IS A CERTIFIED COPY OF WARRANT ORIGINALLY ISSUED FOR: __Sabino Saul__

_signature_
SPO J. Ogle

COUNTY OF __Kings__
STATE OF NEW YORK    } SS:

On this __24th__ day of __August__ 20__18__ before me came __James Ogle__ to me known to be __a Senior Parole Officer__ of the New York State Department of Corrections and Community Supervision and attested that the above instrument is a certified copy of warrant originally issued.

_signature_
Notary Public

Form 4012CS (Rev. 01.2016)

GODFREY MELHADO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ME6293530
Qualified in Putnam County
My Commission Expires 12-16-2021