**ORIGINAL**

UNITED STATES DISTRICT COURT
Eastern DISTRICT OF NEW YORK

**RECEIVED SEP 20 2023 PRO SE OFFICE**

Saul Sabino,
_____Plaintiff,

Fill in above the full name of each plaintiff or petitioner.

-against-

James Ogle, City of New York, et al.,
_____Defendants.

Case No. 20 CV 5861 (EK)(JRC)

"Plaintiff's Declaration In-Re-Submitting His Declaration-In Opposition To Defendant(s)' Motion To Dismiss /for Summary-Judgment Timely mailed on 9-5-23. To Be Enter Into The Docket with-Exhibit(s) As Proof(s) of Service"

Fill in above the full name of each defendant or respondent.

## DECLARATION

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Saul Sabino, Plaintiff Pro Se, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

1. Plaintiff hereby humbly "re-submits" his Declaration In Opposition-To Defendant(s) Motion To Dismiss & for Summary Judgment timely-mailed on September 05th, 2023 and NOT received by this Court of No-fault of the Plaintiff, and as proof(s) Plaintiff here-attached-Exhibit(s) that clearly shows Plaintiff timely submitted &-mailed his above-said motion paper(s), and that in fact it-was NYS-DOCCS-Franklin Correctional Facility that caused the Delay-of Not mailing the above-said motion papers on the September 05th-2023 Date it was given to the facility to be mailed to this Court & all parties, for this reasons I humbly ask this Court allow Plaintiff's Above-said-motion paper(s) as timely filed, Thank you.

Rev. 6/30/16

2). Plaintiff humbly ask this Court grant him Partial - final Judgment and determination(s) under Rule 54(b), & 56, Fed.R.Civ.P. using all of Plaintiff's filed Pleadings with Exhibits as a whole, on all the Claims of the Plaintiff that must be granted reliefs as a matter of Law per Rule 50, Fed.R.Civ.P. and may this Court grant Plaintiff Leave to both answer the remaining Claims being Opposed and for Plaintiff to receive - the Discovery in the hands of both Defendant(s) that further supports and proofs Plaintiff claims as a matter of Law, and any further reliefs as this Court may deem just. Thank you.

Attach additional pages and documents if necessary.

Executed on (date): 9-20-2023

Signature: [signed]

Name: Saul Sabino

Prison Identification # (if incarcerated):

Address: 611 Edgecombe Avenue
City: New York
State: N.Y.
Zip Code: 10032

Telephone Number (if available):

E-mail Address (if available):

Page 2

Sabino v. James Ogle, City of New York, et al.,   20-cv-5861(EK)(JRC)

# Exhibit(s)

"Proof(s) that plaintiff timely submitted his Declaration In Oppossition to Defendant(s) [Motion to Dismiss&] for Summary Judgment on September 3rd & again on September 05th of 2023, however the Correctional facility of Franklin did NOT mail it out till after September 11, 2023 of No-Control, Nor-fault of the Plaintiff; "which Federal-mail Rule says it's consider mail or deliver- the minute plaintiff's places into the mailbox- or mail delivery correctional officer which plaintiff- did on September 05th, 2023."

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

## DISBURSEMENT OR REFUND REQUEST

NAME: Saul Sabino

CELL LOCATION: D-2-5

DATE: 9/01st 20 23

INCARCERATED INDIVIDUAL NUMBER: 23B0946

"SHORT NAME" FIRST INITIAL / FIRST 3 OF LAST NAME: S S A B

CHECK/ORDER NUMBER:

AMOUNT $: 4.35 (RIGHT ADJUSTED WITH LEADING ZEROS)

CODE TYPE: E

.83 postage
1.35 Certified

ITEM DESCRIPTION: No. 7022-0410-0001-4457-4515 Legal Postage Fees & U.S.P.S. Certified Mail fee &-

LAST NAME: Pro Se Unit, Clerk of U.S. District Court for - FIRST NAME: Eastern District of New York

ADDRESS: 225 Cadman Plaza East   APT.NO.

CITY: Brooklyn   STATE: New York   ZIP CODE: 11201

SENT TO OR PURCHASE FROM: [signature]

DATE: 9/3/23

APPROVED (SOURCE AREA): [signature]

APPROVED (BUSINESS OFFICE): DATE

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.

INCARCERATED INDIVIDUAL SIGNATURE: Saul Sabino

V.S.E.D.N.Y. 20cv-5861
Deadline
Summary Judgement

Original - Business Office   Yellow - Approving Office   Pink - Incarcerated Individual

FORM 2706 (05/21)

**STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
**DISBURSEMENT OR REFUND REQUEST**

CELL LOCATION: D-2-5

NAME: Saul Sabino    DATE: 9-5  20 23

CODE TYPE: [ ][ ][ ]

INCARCERATED INDIVIDUAL NUMBER: 23B0946

"SHORT NAME": S S A B
FIRST INITIAL / FIRST 3 OF LAST NAME

1.83 postage
4.35 Copies
6.18 total
free legal...

CHECK/ORDER NUMBER: [blank]

COMMISSARY PRODUCT GROUP: E 4.51

AMOUNT $: 4.51

Originally place in-
w/c. 9xine mailed 9.1.2023
7M & Returned by mailroom-
on 9.5.2023 (Tx4y)
E.D.N.Y. 20.cv.5861
Deadline?

ITEM DESCRIPTION: Legal postage fees - & U.S.P.S. certified Mail fee & No. 7022-0410-0001-9957-4515

SENT TO OR PURCHASE FROM:
LAST NAME: Pro Se Unit, Clerk of the
FIRST NAME: U.S. District Court for
Eastern District of New York
ADDRESS: 225 Cadman Plaza East
CITY: Brooklyn    STATE: New York    ZIP CODE: 11201

APPROVED: C.O. Lemm (SOURCE AREA)    DATE: 9/5/23
APPROVED: [signature] (BUSINESS OFFICE)    DATE: 9/11/[?]

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.

(INCARCERATED INDIVIDUAL SIGNATURE) [signature]

FORM 2706 (05/21)    Original – Business Office    Yellow – Approving Office    Pink – Incarcerated Individual



STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**DISBURSEMENT OR REFUND REQUEST**

CELL LOCATION: D. 2. 5 ©

NAME: Saul Sabino

DATE: 9/05 20 23

CODE TYPE: [ ] [ ] [ ]

INCARCERATED INDIVIDUAL NUMBER: 23B0946

"SHORT NAME": SSAB (FIRST INITIAL, FIRST 3 OF LAST NAME)

1.14 postage
- .66 stamp
.48 in the
... ... ... Clerk

CHECK/ORDER NUMBER: [ ] [ ] [ ] [ ] [ ] [ ]

RIGHT ADJUSTED WITH LEADING ZEROS

"Courtesy Copy" to E.D.N.Y., 20-cv-5861 + "Proof of Service"

COMMISSARY PRODUCT GROUP: 6

AMOUNT $: .48

SENT TO CODE (SEE TABLE B-6): [ ]

ITEM DESCRIPTION: Legal Postage fees

SENT TO OR PURCHASE FROM:

LAST NAME / FIRST NAME / MI / SUFF.: Pro Se Unit. Clerk of the U.S. District Court for Eastern District of New York

ADDRESS: 225 Cadman Plaza East

APT. NO.:

CITY: Brooklyn

STATE:

ZIP CODE:

APPROVED: [signature] (SOURCE AREA) DATE: 9/5/23

APPROVED: [initials] (BUSINESS OFFICE) DATE: 9/11/23

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.

[signature]
(INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2706 (05/21) Original - Business Office Yellow - Approving Office Pink - Incarcerated Individual

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
**DISBURSEMENT OR REFUND REQUEST**

CELL LOCATION: D-2-5

NAME: Saul Sabino
DATE: 9/01st, 20 23

INCARCERATED INDIVIDUAL NUMBER: 23B0946

"SHORT NAME": SSAB (FIRST INITIAL, FIRST 3 OF LAST NAME)

CODE TYPE: [blank]

CHECK/ORDER NUMBER (RIGHT ADJUSTED WITH LEADING ZEROS): [blank]

U.S.E.D.N.Y., 20-cv-5861 -
Deadline - Summary Judgment

COMMISSARY PRODUCT GROUP: E

AMOUNT $: 6.18

ITEM DESCRIPTION: Legal Postage Fees & U.S.P.S. Certified Mail fee & No. 7022-0410-0001-9957-4522

SENT TO CODE (SEE TABLE B-6): [blank]

SENT TO OR PURCHASE FROM:
LAST NAME: Mr. Andrew Blancato, FIRST NAME: NYS Assistant Attorneys General
ADDRESS: 28 Liberty Street
CITY: New York, STATE: New York, ZIP CODE: 10005

APPROVED (SOURCE AREA): [signature] DATE: 9/2/23
APPROVED (BUSINESS OFFICE): [signature] DATE: 9/11/23

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.

(INCARCERATED INDIVIDUAL SIGNATURE): Saul Sabino

Original - Business Office    Yellow - Approving Office    Pink - Incarcerated Individual

FORM 2706 (05/21)

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
**DISBURSEMENT OR REFUND REQUEST**

NAME: Saul Sabino

CELL LOCATION: D-2-5

INCARCERATED INDIVIDUAL NUMBER: 23B0946

DATE: 09/01st 20 23

CHECK/ORDER NUMBER:

"SHORT NAME": S S A B
FIRST INITIAL: S
FIRST 3 OF LAST NAME: S A B

CODE TYPE: [blank]

$1.83 postage
certified
25:10 TWB 51 dec

COMMISSARY/PRODUCT GROUP: 3

SENT TO CODE (SEE TABLE B-6): [blank]
0.83 pront
× 1/25

AMOUNT $: 4 3 5

ITEM: Legal/Postage fees-&-U.S.P.S. Certified Mail fee &-
DESCRIPTION: No. 7022-0410-0001-9957-4485

V.S.E.D.N.Y. 20-cv-5861
Deadline-Summary Judgment
m.

SENT TO OR PURCHASE FROM:
LAST NAME: Mr. Jesse N. Zilinski, FIRST NAME: NYC Assistant Corporation Counsel for-
The City of New York, Law Department
ADDRESS: 100 Church Street   APT. NO.:
CITY: New York,   STATE: New York   ZIP CODE: 10007

APPROVED (SOURCE AREA): [signature]   DATE: 9/1
APPROVED (BUSINESS OFFICE): MB   DATE: 9/3/23

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.

Saul Sabino (INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2708 (05/21)   Original - Business Office   Yellow - Approving Office   Pink - Incarcerated Individual

1. Mr. Jesse N. Zilinski, Assistant Corp. Counsel
   Tel.# (212) 356-2381
   email: jzilinsk@law.nyc.gov

2. Mr. Andrew Blancato, Assistant Attorney General of NYS
   Tel.# (212) 416-6359
   email: andrew.blancato@ag.ny.gov ; &
   OAGLitI@ag.ny.gov

3. Case Manager: Ms. Alicia Guy #(212)613-2165 - for Hon. Eric R. Komitee, U.S. District Judge; chambers # (212) 613-2160
   Courtroom: 6G North - E.D.N.Y. - U.S. District Court



**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Acting Commissioner

To:    Sabino, Saul DIN 23B0946                              D2-05B

From:  C. Tourville, DSP

Re:    Recent Correspondence

Date:  September 13, 2023

In reply to your correspondence, dated 9/11/23, I have checked with Correspondence, and both of your certified mail letters were sent out on 9/12/23. You should be receiving a copy of your pink disbursement from Incarcerated Individual Accounts in the Business Office.

Thank you.


cc:   Correspondence (w/enc.)
      Business Office (w/enc.)
      File