RECEIVED IN PRO SE OFFICE
SEP 20 2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 20 2023 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 20 2023 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAUL SABINO,

    Plaintiff,

-against-

JAMES OGLE, & CITY OF NEW YORK, et al.,

    Defendants.

20 - CV-5861(EK)(JRC)

"Plaintiff's Change of Address-Post 9-18th-2023 Release DATE"
-&-
"Plaintiff Does NOT Oppose-Defendant-City of New York's-Extention of Time Request"

    I, Saul Sabino Plaintiff's Pro se do declares-that Post September 18th, 2023 of his release date Plaintiff's-New-Change of Address is:

Mr. Saul Sabino
Edgecombe Residential Treatment Facility
611 Edgecombe Avenue
New York, New York  10032
Tel.# (212) 923-2575

    This is Plaintiff-Saul Sabino's New address-Post September 18th, 2023 Release DATE from NYS-DOCCS-Franklin Corr. Fac. and Plaintiff Does NOT oppose-Defendant-City of New York's Extention of Time Request.

    MAY This Court also take full Notice that Plaintiff-Timely Submitted His Oppossition Motions well on & before-this Court's September 05th, 2023 Deadline and Served all the-Parties via U.S.P.S. Certified Mail, °One, to this Court under U.S.P.S.-certified mail No. 7022-0410-0001-9957-4515, Two-Defendant-Ogle-cert. MAIL NO. 7022-0410-0001-9957-4522, & Three, Defendant-City of-New York cert. MAIL NO. 7022-0410-0001-9957-4485 all served to the Franklin Corr. Fac. Law Library officer/mailbox No later then 9-5-2023 So-"Delay is out of Plaintiff's Control & Power" & "Per Federal Mail Box rule is-deem Delivered once Drop in mailbox both 9-3-23 & 9-5-23 as plaintiff Explained-in prior correspondence with Proof of service. Plaintiff thanks this-Court in Advanced for it's patiences. Pursuant to 28 U.S.C. § 1746, -I Plaintiff Saul Sabino declare under Penalty of Perjury that-the foregoing is true and Correct.
Executed: September 15, 2023.

Respectfully Submitted,

/s/ Saul Sabino

Mr. Saul Sabino, Plaintiff
Franklin C.F., 62 Bare Hill Road, Box 10
Malone, New York 12953

**FRANKLIN CORRECTIONAL FACILITY**
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953

NAME: Saul Sabino     DIN: 23-B-0946

"LEGAL MAIL
-&-
Official Business"

Pro Se Unit
Clerk of the Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FRANKLIN
neopost
09/19/2023
US POSTAGE $000.63
FIRST-CLASS MAIL
ZIP 12953
041L11251101
11201$1832 C030

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Saul Sabino   DIN: 23-B-0946

"Legal Mail & Official Business"